FILED

2019 JUN 21  PM 4: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JOSHUA TRAVERS,<br><br>            Defendant. | SA CR No. 19-00109 JLS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy] |

The United States Attorney charges:

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATIONS

1.   At times relevant to this Information:

a.   Defendant JOSHUA TRAVERS was employed by Organization A, an entity that recruited patients seeking alcohol and drug treatment from throughout the United States, obtained health insurance policies for the patients, and referred them to alcohol and drug treatment facilities.  Co-Conspirator A owned and operated Organization A.  Organization B and Organization C were entities that obtained insurance policies for individuals seeking drug and alcohol treatment.  Guillermo Ganir and Co-Conspirator B worked at

1  Organization B and Organization C.  Organization D was an alcohol and
2  drug treatment facility based in the Central District of California.

3      b.   California Insurance Code Section 750(a) prohibited
4  anyone who engaged in the practice of processing, presenting, or
5  negotiating claims -- including claims under policies of insurance --
6  from offering, delivering, receiving, or accepting any commission or
7  other consideration, whether in the form of money or otherwise, as
8  compensation or inducement to any person for the referral or
9  procurement of clients, cases, patients, or customers.

10      c.   Under the Affordable Care Act ("ACA"), individual
11  states operated health care exchanges where individuals could apply
12  for a qualified health care plan operated by private insurers.  The
13  ACA provided for federal subsidies of insurance premiums through tax
14  credits.  Individuals and insurance brokers could obtain a qualified
15  health care plan by completing an online application during open
16  enrollment or when the applicant had a qualifying event.  The
17  application required the applicant or insurance broker submitting an
18  application on the applicant's behalf to make truthful statements
19  regarding the applicant's eligibility for coverage and income.  The
20  applications were submitted to the state health care exchange and
21  then via interstate wire to the Department of Health and Human
22  Services.  The information on the applications was material to the
23  insurance provider's decision regarding the approval of the
24  application and the amount of any subsidy paid by the federal
25  government.
26  ///
27  ///
28

B.    THE OBJECTS OF THE CONSPIRACY

2.    Beginning at least as early as in or around April 2017 and continuing through at least in or around August 2017, in Orange County, within the Central District of California, and elsewhere, defendant TRAVERS, together with others known and unknown to the United States Attorney, knowingly conspired with others to commit the following offenses against the United States: wire fraud, in violation of Title 18, United States Code, Section 1343; and use of an interstate facility in aid of bribery, in violation of Title 18, United States Code, Section 1952(a).

C.    THE MANNER AND MEANS OF THE CONSPIRACY

3.    The objects of the conspiracy were to be carried out, and were carried out, in substance, as follows:

a.    Defendant TRAVERS and others at Organization A would recruit and be contacted by individuals from throughout the United States who were seeking alcohol and drug treatment.

b.    Defendant TRAVERS and others at Organization A would work with Organization B and Organization C to obtain health care insurance policies for prospective patients.

c.    Defendant TRAVERS and others would agree to make, and actually make, false statements on the insurance applications, including falsely claiming a qualifying life event, falsely stating the applicant's address, and falsely stating the applicant's income, in order to qualify the applicant for a federally subsidized ACA insurance policy.

d.    Defendant TRAVERS and others would submit fraudulent documents to the insurance companies in order to substantiate false statements on the applications.

1        e.    Defendant TRAVERS and others would refer the

2   prospective patients to alcohol and drug treatment facilities,

3   including Organization D, and the alcohol and drug treatment

4   facilities, including Organization D, would pay kickbacks to

5   Organization A.

6        f.    To disguise the kickback payments, Organization A

7   would enter into sham "marketing" agreements with alcohol and drug

8   treatment facilities, including Organization D, so that it could

9   later falsely claim the kickback payments were for marketing fees

10  rather than illegal referral fees paid on a per patient basis.

11       g.    The drug and alcohol treatment facilities would bill

12  insurance companies for treatment.

13  D.   OVERT ACTS

14       4.    On or about the following dates, in furtherance of the

15  conspiracy and to accomplish its objects, defendant TRAVERS, together

16  with others known and unknown to the United States Attorney,

17  committed and willfully caused others to commit the following overt

18  acts, among others, within the Central District of California and

19  elsewhere:

20  Overt Act No. 1:  On or about April 24, 2017, Co-Conspirator A

21  sent an email where she explained that she was "nervous about this

22  proof of address requirement" and stated that defendant TRAVERS

23  talked to Co-Conspirator B about "the cable bill which is good to

24  have, but probably a ton of work."

25  Overt Act No. 2:  On or about April 26, 2017, defendant TRAVERS

26  and co-conspirators caused the submission of an insurance application

27  for D.H. to Pacific Source, via interstate wire, falsely stating that

28  D.H. resided at XX Rosebud Rd., Absarokee, MT 59001.

Overt Act No. 3:  On or about May 9, 2017, defendant TRAVERS and co-conspirators created and sent to Pacific Source, via interstate wire, a fraudulent utility bill with D.H.'s false address.

Overt Act No. 4:  On or about May 18, 2017, defendant TRAVERS and co-conspirators created and sent to Pacific Source, via interstate wire, a fraudulent lease agreement with D.H.'s false address.

Overt Act No. 5:  On or about June 1, 2017, defendant TRAVERS and co-conspirators created and sent to Pacific Source, via interstate wire, a fraudulent utility bill and lease agreement with S.K.'s false address.

Overt Act No. 6:  In or around July 2017, defendant TRAVERS met with Organization D in Orange County, California to discuss the payment of kickbacks in exchange for the referral of patients to Organization D.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized Crime
Section

JOSEPH T. MCNALLY
BRETT A. SAGEL
Assistant United States Attorneys